# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-09986 JAK (JCGx) | Date | September 5, 2012 |
|---|---|---|---|
| Title | FiveFour Group, LLC v. Fidelity Design House, Ltd., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 28, 2012, the Mediation Report was filed indicating that the parties reached a resolution of the action. Dkt. 18. The Court sets an Order to Show Cause re Dismissal for October 1, 2012 at 1:30 p.m. If the parties file a dismissal by September 27, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The September 17, 2012 Post Mediation Status Conference, January 7, 2013 Final Pretrial Conference, January 18, 2013 Exhibit Conference, and January 22, 2013 Jury Trial are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer     ak